# Court of Appeals
# of the State of Georgia

ATLANTA,  October 01, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1071. ELDER v. WYATT et al.**

This appeal was docketed on February 3, 2012. Pursuant to Court of Appeals Rule 23 (a), Appellant's enumeration of errors and brief were due to be filed with this court on or before February 23, 2012. As of the date of this order, no enumeration of errors and brief have been filed with this court. Therefore, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/01/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*